IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES HAROLD MADISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:10-CV-675-ID |
| | ) | [WO] |
| | ) | |
| DR. PEASANT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

This cause is before the court on the plaintiff's motion for leave to proceed *in forma pauperis* filed on August 8, 2010 (Court Doc. No. 2).[1]  The court seeks to advise the plaintiff of the limited nature of being allowed to proceed *in forma pauperis* which only permits the plaintiff to commence this suit without **prepayment** of fees and court costs.  The plaintiff should understand that he may incur expenses as a result of the prosecution of this case.  In the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena only by tendering to each witness payment of the requisite witness fee and mileage.  Also, court costs, which vary, but which can be quite substantial, are normally assessed against the losing party.  Thus, a plaintiff who does not prevail, even though proceeding *in forma pauperis*, may be charged with and obligated to pay all court costs.

Accordingly, and having advised the plaintiff of the possible expense of litigation, it

---

[1]The plaintiff is a former inmate of the Alabama prison system.  In the instant complaint, the plaintiff seeks to challenge the constitutionality of the medical treatment provided to him during his confinement at the Ventress Correctional Facility.

is

ORDERED that the motion for leave to proceed *in forma pauperis* filed by the

plaintiff be and is hereby GRANTED.

Done this 11th day of August, 2010.


    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE