IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES HAROLD MADISON, ) | |
| # 163664 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:10-CV-675-WKW |
| ) | |
| DR. JOHN PEASANT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 14, 2013, the Magistrate Judge filed a Report and Recommendation (Doc. # 18) regarding Plaintiff's 42 U.S.C. § 1983 complaint. No timely objections have been filed. Based upon independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 18) is ADOPTED;

2. Defendants' Motion for Summary Judgment contained within their special report (Doc. # 8) is GRANTED;

3. Judgment is entered in favor of Defendants.

A separate judgment shall issue.

DONE this 10th day of June, 2013.

                                           /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE